

**FILED**

10:26 am, 11/17/23

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

        Plaintiff,

vs.             Case Number: 22-CR-60-F

RONALD OSTROM

        Defendant.

## CRIMINAL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only    ☑ This was a Telephonic Hearing

Date: 11/17/2023  Time: 9:04 a.m. - 9:31 a.m.  (Telephonic)

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Philip Voron |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |
| N/A | N/A | | |
| U.S. Marshal | U.S. Probation Officer | | |

Attorney(s) for Defendant(s)  Ryan Healy

Attorney(s) for Government  Michael Elmore

Other:

Trial in this matter is set for 12/4/23. Counsel indicates they believe they can get this trial done in five days. Judge informs counsel that there was previous discussion about taking a site visit to go see the horses and mules in this case. Counsel must file a Motion if they are still requesting such and that motion is due by 11/22/23. Response due 11/28/23. Counsel is to meet in chambers at 9:30 a.m. on 12/4/23 rather than 8:30 a.m. as Judge Rankin will be beginning a jury trial on the same day and this will allow his jury to get started first. Judge will need to recess the trial on 12/8/23 at noon if the case is not to the jury by then. If this happens, jurors will be released until 12/11/23 at 1:00 p.m. If the jury has the case by 12/8/23 at noon, Judge Freudenthal will ask Judge Rankin to return the verdict. Both sides consent to Judge Rankin handling the verdict.