Michael J. Elmore
Wyoming State Bar No. 7-5665
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
michael.elmore@usdoj.gov

Ryan Patrick Healy
Wyoming State Bar No. 6-3509
Healy Law Firm, LLC
PO Box 605
Sheridan, WY 82801
307-672-7437
ryan@healylawwyo.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | Criminal No. 22-CR-60-F |
| **RONALD OSTROM,** | |
| Defendant. | |

## JOINT STATUS REPORT

The government and counsel are preparing to proceed to trial.

DATED this 20th day of November, 2023.

                                                NICHOLAS VASSALLO
                                              United States Attorney

**By:**  */s/ Ryan P. Healy*          By:     */s/ Michael J. Elmore*
       RYAN P. HEALY                           MICHAEL J. ELMORE
       Attorney for the Defendant        Assistant United States Attorney