Michael J. Elmore #7-5665
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
michael.elmore@usdoj.gov

RYAN P. HEALY
Healy Law Firm, LLC
49 S. Main Street
P.O. Box 605
Sheridan, WY 82801
Phone: (307) 672-7437
ryan@healylawwyo.com

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 22-CR-060-F |
| **RONALD OSTROM,** | ) ) ) |
| Defendant. | ) |

**STIPULATION AS TO AGES AND MEASUREMENTS OF HORSES**

The United States of America through its attorney, Michael J. Elmore, and Defendant Ronald Ostrom, through his attorney, Ryan P. Healy, stipulate and agree that the following matters are true and correct and admissible in court as evidence for any purpose and thereby alleviating the necessity for the United States to require testimony regarding the matters below:

1. As to the gray mare horse identified as "Roany" it is stipulated and agreed the mare is approximately 10-12 years old and is approximately 15.2 hands tall.

2. As to the gray mare horse identified as "Lulu" it is stipulated and agreed the mare is approximately 13-14 years old, approximately 14 hands tall and weighs about 1190 lbs.

3. As to the gelding horse identified as "Dollar" it is stipulated and agreed the gelding is approximately 18 years of age.

These facts, as they relate to the charges contained in the Indictment, may be considered proven and established beyond a reasonable doubt.

DATED this 21 day of November, 2023.

_____  
RYAN HEALY  
Attorney for Defendant

_____  
MICHAEL J. ELMORE  
Attorney for the United States of America