Michael J. Elmore #7-5665
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY  82520
(307) 332-8195
michael.elmore@usdoj.gov

Ryan P. Healy
Healy Law Firm, LLC
49 S. Main Street
P.O. Box 605 Sheridan,
WY  82801 Phone:
(307) 672-7437
ryan@healylawwyo.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22-CR-060-F |
| | ) | |
| **RONALD OSTROM,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION AS TO FOUNDATION FOR PHOTOGRAPHS

The parties, by and through their undersigned attorneys, hereby stipulate and agree to the

following, alleviating the necessity for the United States to require testimony to establish the chain

of custody, authentication and foundation for the items discussed below. This stipulation does not

extend to the relevance of the evidence listed below. The parties stipulate that the following

photographs are authentic, and that no chain of custody or foundational witnesses need to be called

to testify as a predicate to their admissibility in evidence:

1

1.     Photos taken during the execution of the search warrant at 258 and 260 Lane 10, Powell, Wyoming on March 31, 2022, by Investigative Analyst Cinthia Saenz and specifically detailed in the attached "Evidence Photo Log" (Exhibit 1).

2.     Photos taken during the execution of the search warrant at 258 and 260 Lane 10, Powell, Wyoming on March 31, 2022, by Aaron Heinrichs and more specifically detailed in the attached "Photographic Record" (Exhibit 2).

3.     Photos taken during the execution of the search warrant at 258 and 260 Lane 10, Powell, Wyoming on November 8, 2022, by SA Nadeau and LEO Bagley and more specifically detailed in the attached "Law Enforcement and Investigations Photographic Record" (Exhibit 3).

4.     Photos taken by LEO J. Mack on November 21, 2022 of the hip of the horse identified as Reo and attached as Exhibit 4.

The above listed items, if presented to the jury, may be admitted through a witness who may have knowledge of this evidence either through this stipulation or any other relevant witness who may have knowledge of the evidence. The parties reserve the right to object to admission of these evidentiary items on other evidentiary bases such as relevance.

DATED this __21__ day of November, 2023.

RYAN HEALY
Attorney for Defendant

MICHAEL J. ELMORE
Attorney for the United States of America

2

# EVIDENCE PHOTO LOG

Case: 21-02-IBDC000

Completed By: Investigative Analyst Cinthia Saenz

**Exhibit One**

# Evidence Photo Log

# Room 2

| |
|---|
| Note:  The first 3 files/photo numbers were video recordings which are logged under "video walkthrough" in this log |
| Photo Number: 04<br>Description: Overview of Room<br>Evidence Number: N/A |
| Photo Number 05<br>Description: Ammo Evidence Medium Shot<br>Evidence number: S1 |
| Photo Number: 06:<br>Description: FedEx Shipping Label, Gunnison FS Office<br>Evidence Number: S1 |
| Photo Number: 07<br>Description: Ammo Box- Dan Nielsen, FS Office. 1 Case – Close-up label<br>Evidence Number: S2 |
| Photo Number: 08<br>Description: Ammo Box- Dan Nielsen, FS Office. 1 Case – Close-up, Winchester<br>Evidence Number: S2 |
| Photo Number: 09<br>Description: Ammo Box- Dan Nielsen, FS Office. 1 Case – X4570h Label<br>Evidence Number: S2 |
| Photo Number: 10<br>Description: Ammo Box- Slug, Addressed to Gunnison – Medium Shot<br>Evidence Number: S3 |
| Photo Number: 11<br>Description: Ammo Box- Slug, Addressed to Gunnison – Close-up Label<br>Evidence Number: S3 |
| Photo Number: 12<br>Description: Ammo Box- Slug, Addressed to Gunnison – Inside Contents<br>Evidence Number: S3 |
| Photo Number: 13<br>Description: Ammo Box- Slug, Addressed to Gunnison – "Seawall"<br>Evidence Number: S3 |
| Photo Number: 14<br>Description: Gun Safe, Open in Room 2<br>Evidence Number: N/A |
| Photo Number: 15<br>Description: Gun Safe, Open in Room 2<br>Evidence Number: N/A |
| Photo Number: 16<br>Description: LEI Sticker Decals (3)<br>Evidence Number: S4 |
| Photo Number: 17<br>Description: LEI Sticker Decals (3) – "Northern Zone LEI R2 USFS"<br>Evidence Number: S4 |
| Photo Number: 18<br>Description: LEI Sticker Decals (3) – USFS Shield, Vehicle Decal<br>Evidence Number: S4 |

| |
|---|
| Photo Number: 19<br>Description: LEI Sticker Decals (3) – Close-up<br>Evidence Number: S4 |
| Photo Number: 20<br>Description: Winchester Ammunition, Sealed Box. Addressed to USFS RO<br>Evidence Number: S5 |
| Photo Number: 21<br>Description: Winchester Ammunition, Sealed Box. Addressed to USFS RO – 40 Smith and Wesson<br>Evidence Number: S5 |
| Photo Number: 22<br>Description: Winchester Ammunition, Sealed Box. Addressed to USFS RO – Close-up Label<br>Evidence Number:  S5 |
| Photo Number: 23<br>Description: Winchester Sealed Box, 40 Smith and Wesson<br>Evidence Number: S6 |
| Photo Number: 24<br>Description: Winchester Sealed Box, 40 Smith and Wesson<br>Evidence Number: S6 |
| Photo Number: 25<br>Description: Winchester Sealed Box, 40 Smith and Wesson – Close-up Label<br>Evidence Number: S6 |
| Photo Number: 26<br>Description: Winchester 40 Ammo, Sealed Case<br>Evidence Number: S7 |
| Photo Number: 27<br>Description: Winchester 40 Ammo, Sealed Case<br>Evidence Number: S7 |
| Photo Number: 28<br>Description: Winchester 40 Ammo, Sealed Case – Close-up Label, Gunnison Office<br>Evidence Number: S7 |
| Photo Number: 29<br>Description: Winchester 40 Unsealed, FS Label<br>Evidence Number: S8 |
| Photo Number:30<br>Description: Winchester 40 Unsealed, FS Label<br>Evidence Number: S8 |
| Photo Number: 31<br>Description: Winchester 40 Unsealed, FS Label – Shipping Label<br>Evidence Number: S8 |
| Photo Number: 32<br>Description: Winchester 40 Unsealed, FS Label – Inside Contents, 4 Boxes Inside<br>Evidence Number: S8 |
| Photo Number: 33<br>Description: Winchester Ammunition, Open Box 45-70<br>Evidence Number: S9 |

| |
|---|
| Photo Number: 34<br>Description: Winchester Ammunition, Open Box 45-70 – Large Shot<br>Evidence Number: S9 |
| Photo Number: 35<br>Description: Winchester Ammunition, Open Box 45-70 – Inside Contents<br>Evidence Number: S9 |
| Photo Number: 36<br>Description: Winchester Ammunition, Open Box 45-70 – Shipping Label, 740 Simms<br>Evidence Number: S9 |
| Photo Number: 37<br>Description: Winchester Ammunition 40, Sealed Box<br>Evidence Number: S10 |
| Photo Number:38<br>Description: Winchester Ammunition 40, Sealed Box<br>Evidence Number: S10 |
| Photo Number: 39<br>Description: Winchester Ammunition 40, Sealed Box – Shipping Label, 740 Simms<br>Evidence Number: S10 |
| Photo Number: 40<br>Description: Sealed 45-70 Ammunition<br>Evidence Number: S11 |
| Photo Number:41<br>Description: Sealed 45-70 Ammunition<br>Evidence Number: S11 |
| Photo Number: 42<br>Description: Sealed 45-70 Ammunition – Close-up Label<br>Evidence Number: S11 |
| Photo Number: 43<br>Description: Winchester Ammunition 40, Sealed Box<br>Evidence Number: S12 |
| Photo Number: 44<br>Description: Winchester Ammunition 40, Sealed Box<br>Evidence Number: S12 |
| Photo Number: 45<br>Description: Winchester Ammunition 40, Sealed Box – Close-up Label- Gunnison, CO<br>Evidence Number: S12 |
| Photo Number: 46<br>Description: Ammunition Sealed Box, Proload 10mm<br>Evidence Number: S13 |
| Photo Number: 47<br>Description: Ammunition Sealed Box, Pro-load 10mm<br>Evidence Number: S13 |
| Photo Number: 48<br>Description: Ammunition Sealed Box, Pro-load 10mm – Close-up Label<br>Evidence Number: S13 |

Photo Number: 49
Description: Unsealed Box, Pro-load 10mm
Evidence Number: S14

Photo Number: 50
Description: Unsealed Box, Pro-load 10mm
Evidence Number: S14

Photo Number: 51
Description: Unsealed Box, Pro-load 10mm – Close-up Label
Evidence Number: S14

Photo Number: 52
Description: Unsealed Box, Pro-load 10mm – Inside Contents
Evidence Number: S14

Photo Number: 53
Description: Unsealed Box, Pro-load 10mm
Evidence Number: S15

Photo Number:  54
Description: Unsealed Box, Pro-load 10mm
Evidence Number: S15

Photo Number: 55
Description: Unsealed Box, Pro-load 10mm – Close-up Label
Evidence Number: S15

Photo Number: 56
Description: Unsealed Box, Pro-load 10mm – Inside Contents
Evidence Number: S15

Photo Number: 57
Description: Pro-load 10mm, Sealed Box
Evidence Number: S16

Photo Number: 58
Description: Pro-load 10mm, Sealed Box
Evidence Number: S16

Photo Number: 59
Description: Pro-load 10mm, Sealed Box – Close-up Label, Custer, SD
Evidence Number: S16

Photo Number: 60
Description: Winchester 45-70, Unsealed Ammunition Box
Evidence Number: S17

Photo Number: 61
Description: Winchester 45-70, Unsealed Ammunition Box
Evidence Number: S17

Photo Number: 62
Description: Winchester 45-70, Unsealed Ammunition Box – Close-up Label, 740 Simms
Evidence Number: S17

Photo Number: 63
Description: Winchester 45-70, Unsealed Ammunition Box – Inside Contents
Evidence Number: S17

| |
|---|
| Photo Number: 64<br>Description: Unsealed Federal 10mm, 18 Boxes Inside<br>Evidence Number: S18 |
| Photo Number: 65<br>Description: Unsealed Federal 10mm, 18 Boxes Inside – Labeled "Les Pinkerton"<br>Evidence Number: S18 |
| Photo Number: 66<br>Description: Unsealed Federal 10mm, 18 Boxes Inside – Inside Contents<br>Evidence Number: S18 |
| Photo Number: 67<br>Description: Sealed Box, Federal 10mm<br>Evidence Number: S19 |
| Photo Number: 68<br>Description: Sealed Box, Federal 10mm – Labeled "Les Pinkerton"<br>Evidence Number: S19 |
| Photo Number: 69<br>Description: Sealed Box, Federal 10mm – Box Label<br>Evidence Number: S19 |
| Photo Number: 70<br>Description: Winchester Sealed Box, 12 ga<br>Evidence Number:  S20 |
| Photo Number: 71<br>Description: Winchester Sealed Box, 12 ga<br>Evidence Number: S20 |
| Photo Number: 72<br>Description: Winchester Sealed Box, 12 ga – Top View<br>Evidence Number: S20 |
| Photo Number: 73<br>Description: Winchester Sealed Box, 12 ga – Close-up Label<br>Evidence Number: S20 |
| Photo Number: 74<br>Description: Unsealed Box Ammunition, Speer 40, Labeled USDA APHIS<br>Evidence Number: S21 |
| Photo Number: 75<br>Description: Unsealed Box Ammunition, Speer 40, Labeled USDA APHIS<br>Evidence Number: S21 |
| Photo Number: 76<br>Description: Unsealed Box Ammunition, Speer 40, Labeled USDA APHIS – Label<br>Evidence Number: S21 |
| Photo Number: 77<br>Description: Unsealed Box Ammunition, Speer 40, Labeled USDA APHIS – Inside Contents<br>Evidence Number: S21 |
| Photo Number: 78<br>Description: Unsealed Box Ammunition, Speer 40, Labeled USDA APHIS – Close-up Label<br>Evidence Number: S21 |

| |
|---|
| Photo Number: 79<br>Description: Pro-load 10mm Ammunition, Unsealed Box<br>Evidence Number: S22 |
| Photo Number: 80<br>Description: Pro-load 10mm Ammunition, Unsealed Box<br>Evidence Number: S22 |
| Photo Number: 81<br>Description: Pro-load 10mm Ammunition, Unsealed Box – Close-up Label<br>Evidence Number: S22 |
| Photo Number: 82<br>Description: Pro-load 10mm Ammunition, Unsealed Box – Inside Contents<br>Evidence Number:  S22 |
| Photo Number: 83<br>Description: Pro-load 10mm Ammunition, Unsealed – 9 Boxes Inside<br>Evidence Number: S23 |
| Photo Number: 84<br>Description: Pro-load 10mm Ammunition, Unsealed – 9 Boxes Inside – Top View<br>Evidence Number: S23 |
| Photo Number: 85<br>Description: Pro-load 10mm Ammunition, Unsealed – 9 Boxes Inside – Close-up Label<br>Evidence Number: S23 |
| Photo Number: 86<br>Description: Pro-load 10mm Ammunition, Unsealed – 9 Boxes Inside – Inside Contents<br>Evidence Number: S23 |
| Photo Number: 87<br>Description: Evidence, Right Side of Safe<br>Evidence Number: S24 |
| Photo Number: 88<br>Description: Winchester 9mm, Unsealed Box<br>Evidence Number: S24 |
| Photo Number: 89<br>Description: Winchester 9mm, Unsealed Box<br>Evidence Number: S24 |
| Photo Number: 90<br>Description: Winchester 9mm, Unsealed Box – Inside Contents<br>Evidence Number: S24 |
| Photo Number: 91<br>Description: Winchester 9mm, Unsealed Box – Close-up Label "Ken Pearson"<br>Evidence Number: S24 |
| Photo Number: 92<br>Description: Winchester 45 Ammunition, Sealed Box<br>Evidence Number: S25 |
| Photo Number: 93<br>Description: Winchester 45 Ammunition, Sealed Box – Top View<br>Evidence Number: S25 |

| |
|---|
| Photo Number: 94<br>Description: Winchester 45 Ammunition, Sealed Box – Close-up Label, 740 Simms<br>Evidence Number:  S25 |
| Photo Number: 95<br>Description: Winchester .380 Ammunition, Unsealed Box<br>Evidence Number: S26 |
| Photo Number: 96<br>Description:  Winchester .380 Ammunition, Unsealed Box - Top View<br>Evidence Number: S26 |
| Photo Number: 97<br>Description: Winchester .380 Ammunition, Unsealed Box - Shipping Label<br>Evidence Number: S26 |
| Photo Number: 98<br>Description: Winchester .380 Ammunition, Unsealed Box  - Inside Contents<br>Evidence Number: S26 |
| Photo Number: 99<br>Description: Winchester .380 Ammunition, Unsealed Box - Shipping Label<br>Evidence Number: S26 |
| Photo Number: 100<br>Description: Winchester 12 ga Ammunition, Sealed Box<br>Evidence Number: S27 |
| Photo Number: 101<br>Description: Winchester 12 ga Ammunition, Sealed Box – Top View<br>Evidence Number: S27 |
| Photo Number: 102<br>Description: Winchester 12 ga Ammunition, Sealed Box – Shipping Label<br>Evidence Number: S27 |
| Photo Number: 103<br>Description: Winchester 9mm Ammunition, Unsealed Box<br>Evidence Number: S28 |
| Photo Number: 104<br>Description: Winchester 9mm Ammunition, Unsealed Box – Shipping Label<br>Evidence Number: S28 |
| Photo Number: 104<br>Description: Winchester 9mm Ammunition, Unsealed Box – Inside Contents<br>Evidence Number: S28 |
| Photo Number: 106<br>Description: Box with Gun Parts and BK Radio Parts<br>Evidence Number: S29 |
| Photo Number: 107<br>Description: Box with Gun Parts and BK Radio Parts<br>Evidence Number: S29 |
| Photo Number: 108<br>Description: Box with Gun Parts and BK Radio Parts<br>Evidence Number: S29 |

| |
|---|
| Photo Number: 109<br>Description: Box with Gun Parts and BK Radio Parts<br>Evidence Number: S29 |
| Photo Number: 110<br>Description: Box with Gun Parts and BK Radio Parts<br>Evidence Number: S29 |
| Photo Number: 111<br>Description: Two (2) Boxes with USFS Contents<br>Evidence Number:  N/A |
| Photo Number: 112<br>Description: Two (2) Boxes with USFS Contents<br>Evidence Number: N/A |
| Photo Number: 113<br>Description: Axon Body Worn Camera<br>Evidence Number: S30 |
| Photo Number: 114<br>Description: Axon Body Worn Camera – Close-up<br>Evidence Number: S30 |
| Photo Number: 115<br>Description: Box with USFS Items, Keys<br>Evidence Number: S31 |
| Photo Number: 116<br>Description: Close-up of Box<br>Evidence Number: S31 |
| Photo Number: 117<br>Description: Various Keys Marked FS<br>Evidence Number: S31 |

# Evidence Photo Log

# Room 1

| |
|---|
| Photo Number: 118<br>Description: Box Near Entrance of "Room 1" by Desk<br>Evidence Number:  S32 |
| Photo Number: 119<br>Description: AD-107 Form, Signed – "Remy" 8 pages<br>Evidence Number: S32 |
| Photo Number: 120<br>Description: AD-107 Form, Signed – "Remy" 8 pages – Close-up of Front Page<br>Evidence Number: S32 |
| Photo Number: 121<br>Description: Box with Several Keys Near Left Side of "Room 1"<br>Evidence Number: S33 |
| Photo Number: 122<br>Description: Box with Several Keys Near Left Side of "Room 1" – Close-up<br>Evidence Number: S33 |
| Photo Number: 123<br>Description:  Keys Labeled "Scotts Office" and "Evidence @ Wapiti"<br>Evidence Number: S33 |
| Photo Number: 124<br>Description: Box with Horse Documentation, Documentation of Horses, Non-related (17 pages)<br>Evidence Number: S34 |
| Photo Number: 125<br>Description: Box with Horse Documentation – Close-up<br>Evidence Number: S34 |
| Photo Number: 126<br>Description: VS Form 10-11 Equine Infectious for "ROANIE" S/N: 1630138<br>Evidence Number: S35 |
| Photo Number: 127<br>Description: VS Form 10-11 Equine Infectious for "REO" S/N: 1630136<br>Evidence Number: S36 |
| Photo Number: 128<br>Description: VS Form 10-11 Equine Infectious for "ROXY" S/N: 1630139<br>Evidence Number: S37 |
| Photo Number: 129<br>Description: VS Form 10-11 Equine Infectious for "RORY" S/N: 1630141<br>Evidence Number: S38 |
| Photo Number: 130<br>Description: VS Form 10-11 Equine Infectious for "ROSIE" S/N: 1630140<br>Evidence Number: S39 |
| Photo Number: 131<br>Description: VS Form 10-11 Equine Infectious for "GRANITE" S/N: 1630137<br>Evidence Number: S40 |

# Video Walkthrough

| |
|---|
| Video Number: 01<br>Description: Video Walkthrough (Before) |
| Video Number: 02<br>Description: Video Walkthrough (Before) |
| Video Number: 03<br>Description: Video Walkthrough (Before) |
| Video Number: 132<br>Description: Video Walkthrough (After) |
| Video Number: 133<br>Description: Video Walkthrough (After) |

# Seized Horse Photographs

| |
|---|
| Photo Number: IMG 134-145<br>Description: Gray Mare Horse "Roanie" |
| Photo Number: iPhone Photos, Numbers 1-12<br>Description: Gray Mare "Roanie" |
| Photo Number: iPhone Photos, Numbers 13-35<br>Description: Two (2) Mules |

| USDA Forest Service Law Enforcement and Investigations | Photographic Record (Reference FSH 5309.11, 22.34a) | Case#:  21-02-IBDC000 |
| --- | --- | --- |
| | | Date of Photos:  March 31, 2022 |

| LOCATION | PHOTOGRAPHER |
| --- | --- |
| Attachment to: (Incident Name)<br>**Ostrom** | Name:<br>**A.  Henrichs** |
| Location:  (Geographical landmarks, highways, campground, trails, etc.)<br>**260 Lane 10, Powell , WY** | I.D. Number:<br>**509** |

**CAMERA INFORMATION**

Type:   ☒ Digital      ☐ 35 mm -- Roll #      ☐ Video      ☐ Other (describe)

| Photo Number | Evidence Number | Description of Photograph | Other Information |
| --- | --- | --- | --- |
| 104037 | N1 | Headstall with US concho, east wall | Room N2 |
| 104057 | N2 | Headstall with FS concho, east wall | Room N2 |
| 104106 | N2 | Close up of headstall with FS concho | Room N2 |
| 104117 | N3-N5 | Stack of pads/blankets with FS colors, north wall | Room N2 |
| 104216 | N5 | Saddle blanket with FS patches | Room N2 |
| 104306 | N4 | Three green blankets with FS shield | Room N2 |
| 104331 | N4 | Three green blankets with FS shield | Room N2 |
| 104414 | N3 | Green FS pads with yellow trim | Room N2 |
| 104431 | N3 | Green FS pads with yellow trim | Room N2 |
| 104757 | N6-N7 | Table in living area of arena | Room N3 |
| 104807 | N6 | Wyoming Brand Inspection Certificate #113671 from table | Room N3 |
| 104829 | N7 | AQHA Registration Certificate for JNS Blue Gray Jewel (Roany) from table | Room N3 |
| 104844 | N7 | Reverse side AQHA Registration Certificate for JNS Blue Gray Jewel (Roany) from table | Room N3 |
| 104855 | N7 | Breeding notes with registration | Room N3 |
| 104945 | | Breeding calendar white board | Room N3 |
| 104957 | | Breeding calendar white board, June 24 Roany | Room N3 |
| 105003 | | Breeding calendar white board, Roany mention in lower corner | Room N3 |
| 105029 | | Notes on table, Roany on list | Room N3 |
| 105034 | | Notes on table, Roany on list | Room N3 |
| 110526 | | Notes on table, Roany on list | Room N3 |

**Exhibit Two**

| USDA Forest Service | **Photographic Record Continuation** | Case Number: 21-02-IBDC000 |
|---|---|---|
| | | Date of Photos:  March 31,2022 |

| Photo Number | Evidence Number | Description of Photograph | Other Information |
|---|---|---|---|
| 114659 | N8 | Headstall with US Conco, west end of riding arena | Room N5 |
| 114815 | N9 | Haulrite 15" trailer, plate # A300451 | S of Arena |
| 114830 | N9 | Haulrite 15" trailer, plate # A300451 | S of Arena |
| 114843 | N9 | Haulrite 15" trailer, plate # A300451 | S of Arena |
| 115204 | N10 | 2 place Lariat snowmobile trailer, plate # A7499 | S of Arena |
| 115219 | N10 | License plate A7499 | S of Arena |
| 115235 | N10 | 2 place Lariat snowmobile trailer, plate # A7499 | S of Arena |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

NOTE:  USE A SEPARTE PHOTOGRAPHIC RECORD FOR EACH ROLL OF FILM TAKEN.  IF MORE THAN ONE DIGITAL MEMORY CARD IS USED, PREPARE A SEPARATE SHEET FOR EACH CARD.  THIS FORM MAY BE COMPLETED FOR VIDEOGRAPHY – RECORD ALL TAPES ON ONE FORM.

**Exhibit Two**

USDA Forest Service                                                                                           FS-5300- (3/09)




# Law Enforcement and Investigations
# Photographic Record
### (Reference FSH 5309.11, 50)

FS-5300-0056 (V.1.0)

---

Date of Photographs

Case/Incident Number

| LOCATION | PHOTOGRAPHER |
|---|---|
| Attachment to: (Incident Name or Case Number) | Name: |
| Geographical landmarks, highways, campground, trails, etc: | I.D./ Badge Number: |

**CAMERA INFORMATION**

Type:      Digital      Video      Other (describe)

| Photo Number | Evidence Number | View (Direction) | Description of Photograph | Other (flash, wide-angle, telephoto) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FS File Code: 5300-LEI-General              Page 1 of ____              **Exhibit Three**




**Exhibit Four**




**Exhibit Four**




**Exhibit Four**



**Exhibit Four**