Michael J. Elmore #7-5665
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
michael.elmore@usdoj.gov

Ryan P. Healy
Healy Law Firm, LLC
49 S. Main Street
P.O. Box 605 Sheridan,
WY 82801 Phone:
(307) 672-7437
ryan@healylawwyo.com

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 22-CR-060-F |
| **RONALD OSTROM,** | ) ) ) |
| Defendant. | ) |

### JOINT STIPULATION AS TO CHAIN OF CUSTODY FOR PHYSICAL EVIDENCE ITEMS OBTAINED FROM TWO SEARCH WARRANTS

The United States of America through its attorney, Michael J. Elmore, and Defendant Ronald Ostrom, through his attorney, Ryan P. Healy, stipulate and agree the chain of custody was followed as it pertains to the items specifically set forth below:

a.  The parties stipulate the chain of custody for admission at trial of any physical evidence item seized during the search of 258 and 260 Lane 10, Powell, Wyoming on March 31, 2022, and listed on the attached "Evidence Log" (Exhibit 1) was maintained, and the items were

1

in the secure custody of the appropriate personnel from the time of its seizure, until the present time when it will be produced before the Court for trial.

      b.      The parties stipulate the chain of custody for admission at trial of the physical evidence item seized during the search of 258 and 260 Lane 10, Powell, Wyoming on November 8, 2022, and listed on the attached "Law Enforcement and Investigations Inventory of Seized or Impounded Property" (Exhibit 2) was maintained, and was in the secure custody of the appropriate personnel from the time of its seizure, until the present time when it will be produced before the Court for trial.

Chain of custody documents attached as Exhibits 1 and 2 have been reviewed by all parties and it is agreed the information contained in this stipulation will be presented to the jury either through this stipulation or any other relevant witness who may have knowledge of the evidence without the need to call witnesses at trial who would only testify to establish each link in the chain of custody for such evidence.

DATED this 21 day of November, 2023.

_____
RYAN P. HEALY
Attorney for Defendant

_____
MICHAEL J. ELMORE
Attorney for the United States of America

Evidence Log

Case No: 21-02-IBDC000    Date: 03/31/2022
Documenter:   SA Lathan Sidebottom, SA Aaron Henrichs

| Evidence Number | Description | Location Found | Collector |
|---|---|---|---|
| S-1 | 1 box with 4 boxes of 45-70 ammo (80 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: front of brown safe | SA SIDEBOTTOM |
| S-2 | 1 case of unopened 45-70 ammo (200 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: front of brown safe | SA SIDEBOTTOM |
| S-3 | 1 open case of Federal brand ammo w/ 5 cases of 12 gauge slug and buckshot (188 slug, 45 buckshot rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: front of brown safe | SA SIDEBOTTOM |
| S-4 | LEI vehicle decals from brown safe in the saddle shop | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-5 | 1 sealed case of .40 caliber handgun ammo (Winchester) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-6 | 1 sealed case of .40 caliber handgun ammo (Winchester) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-7 | 1 sealed case of .40 caliber handgun ammo (Winchester) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-8 | Unsealed ammo case with 2 boxes each of Winchester .40 caliber and .223 caliber (100 rounds .40, 40 rounds .223 counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-9 | Open case with 3 boxes of Winchester 45-70, 2 boxes of Winchester .40 caliber and 7 boxes of 12-gauge buckshot, as well as an empty box and 4 loose shotgun shells (40 rounds of .40, 39 rounds of buckshot, 60 rounds of 45-70 counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-10 | 1 case of .40 caliber handgun ammo (Winchester) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-11 | 1 sealed case of 45-70 ammo (Federal) (200 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-12 | 1 case of .40 caliber handgun ammo (Winchester) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |

**Exhibit One**

| Evidence Number | Description | Location Found | Collector |
|---|---|---|---|
| S-13 | 1 sealed case of 10 mm ammo (Pro Load) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-14 | 1 unsealed case of 10 mm ammo (Pro Load) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-15 | 1 unsealed case of 10 mm ammo (Pro Load) (300 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-16 | 1 sealed case of 10 mm ammo (Pro Load) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-17 | 1 unsealed case of 45-70 (Winchester and Remington) (120 rounds Winchester, 60 rounds Remington, counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-18 | 1 unsealed case of 10mm ammo (Federal) (900 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-19 | 1 sealed case of 10mm ammo (Federal) (1000 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-20 | 1 sealed case of Winchester 12-gauge ammo (250 rounds of buckshot counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-21 | 1 unsealed case of .40 caliber ammo (Speer) labeled "USDA APHIS" (700 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-22 | 1 unsealed case 10mm Ammo (Pro Load) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-23 | 1 unsealed case of 10mm ammo (Pro Load) (450 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: brown safe | SA SIDEBOTTOM |
| S-24 | 1 unsealed case labeled Winchester, with 2 boxes of .223 and 2 boxes of 9mm (Winchester) (100 rounds 9mm, 40 rounds .223 counted by SA NADEAU on 4/8/2022) | Saddle shop: right of brown safe | SA SIDEBOTTOM |
| S-25 | 1 sealed case of .45 ammo (Winchester) (500 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: right of brown safe | SA SIDEBOTTOM |
| S-26 | Unsealed Winchester .380 case with 1 box of Speer .380 and 8 boxes of Winchester .380 (450 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: right of brown safe | SA SIDEBOTTOM |
| S-27 | 1 sealed case of 12-gague slugs (Winchester) (250 rounds counted by SA NADEAU on 4/8/2022) | Saddle shop: right of brown safe | SA SIDEBOTTOM |

**Exhibit One**

| Evidence Number | Description | Location Found | Collector |
|---|---|---|---|
| S-28 | 1 unsealed case with 5 .308 casings, 2 boxes of Winchester 9mm ammo, 2 boxes of Winchester Ranger 9mm ammo, 12 boxes of Winchester and Remington 12-gague buckshot and slugs, and 3 boxes of Winchester and American Eagle .223 (Approximately 30 rounds of 12-gauge buckshot, 30 rounds of 12-gauge slug, 260 rounds of 9mm, 20+ rounds of .223 counted by SA NADEAU on 4/8/2022) | Saddle shop: right of brown safe | SA SIDEBOTTOM |
| S-29 | Box with radio and gun parts including 11 BK radio batteries, 5 bk radio microphones, 1 AR-15 foregrip with light, and 1 Magpul butt stock | Saddle shop table across from brown safe | SA SIDEBOTTOM |
|  |  |  |  |
|  |  |  |  |
| S-32 | AD-107 form for transfer of "Remmy" and associated forms, 8 pages total | Box by door, room 1 | SA SIDEBOTTOM |
| S-33 | Assorted office and evidence keys<br>Finder: P. Strehle | Corner of room 1 | SA SIDEBOTTOM |
| S-34 | Assorted equine documents (17 pages)<br>Finder: P. Strehle | Corner of room 1 | SA SIDEBOTTOM |
| S-35 | Equine form, Serial #: 1630138<br>"Roanie" Coggins form<br>Finder: P. Strehle | Corner of room 1 | SA SIDEBOTTOM |
| S-36 | Equine form, Serial #: 1630136<br>"Reo" Coggins form<br>Finder: P. Strehle | Corner of room 1 | SA SIDEBOTTOM |
| S-37 | Equine form, Serial #: 1630139<br>"Roxy" Coggins form<br>Finder: P. Strehle | Corner of room 1 | SA SIDEBOTTOM |
| S-38 | Equine form, Serial #: 1630141<br>"Rory" Coggins form<br>Finder: P. Strehle | Corner of room 1 | SA SIDEBOTTOM |
| S-39 | Equine form, Serial #: 1630140<br>"Rosie" Coggins form<br>Finder: P. Strehle | Corner of room 1 | SA SIDEBOTTOM |
|  |  |  |  |

**Exhibit One**

| Evidence Number | Description | Location Found | Collector |
|---|---|---|---|
| N-1 | Leather headstall/reins "US" concho | Room N2 | SA HENRICHS |
| N-2 | Leather headstall/reins "USFS" concho | Room N2 | SA HENRICHS |
| N-3 | Green/yellow USFS pads (2) | Room N2 | SA HENRICHS |
| N-4 | Green blanket USFS shield (3) | Room N2 | SA HENRICHS |
| N-5 | Green pad w/leather USFS shield | Room N2 | SA HENRICHS |
| N-6 | WY Brand inspection certificate 2/8/2018 #113671 | Room N3 | SA HENRICHS |
| N-7 | AQHA registration certificate #5467050 and notes, with label affixed "Roany" | Room N3 | SA HENRICHS |
| N-8 | Leather headstall/ reins "US" concho | Room N5 | SA HENRICHS |
| N-9 | Haulrite 15' steel flatbed trailer Plate #A300451 | South side N5 | SA HENRICHS |
| N-10 | 2 place snowmobile trailer "Lariat" Plate # A7499 | South side N5 | SA HENRICHS |
| N-11 | Red molly mule | Center lot | SA HENRICHS |
| N-12 | Red molly mule | Center lot | SA HENRICHS |
| N-13 | Pregnant gray mare (labeled blue roan on original evidence log and title copy of original brand inspection certificate | Side lot | SA HENRICHS |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Exhibit One**




# Law Enforcement and Investigations
## Inventory of Seized or Impounded Property
(Reference FSH 5309.11, Chapter 20)

FS-5300-0048 (V.1.1)

| Incident/Case Number | Seizure Date and Time | Nature of Incident | Case Agent/Officer |
|---|---|---|---|
|  |  |  |  |

| Owner Seized From: | Address or Location | Seized / Impounded / Unclaimed Property | Other: |
|---|---|---|---|
|  |  |  |  |

| Item Number | Description of Property (e.g., make, model, color, weight, value, serial number, etc.) | Location Obtained | Found By |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Storage Location

Additional Comments

FS-5300-0049 (Continuation Sheet) attached?   ☐ Yes   ☐ No

Is this copy provided as a receipt?   Yes   No

FS File Code: 5300-LEI-General

Page 1 of ____

**Exhibit Two**




# Chain of Custody

FS-5300-0048 (V.1.1)

| ITEM | RELINQUISHED BY | RECEIVED BY | DATE/TIME |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| 1. RELEASED BY | 2. BADGE/ID | 3. DATE | 4. RELEASED TO |
|---|---|---|---|
|  |  |  |  |

| 5. ADDRESS | 6. PHONE | 7. AUSA/STATES ATTORNEY RELEASE | 8. DATE |
|---|---|---|---|
|  |  |  |  |

FS File Code: 5300-LEI-General

Page ____ of _____

Exhibit Two