United States District Court
Western District
Exhibits Log: 22-CR-60-F
USA v Ostrom, 12/4/2023



FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

DEC 07 2023

Margaret Botkins, Clerk
Cheyenne

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-1-1 | Ostrom Property INV 2012 from binder with attached photos 29 pages | No |
| Gov-1-10 | Photo of Reo left side of head taken on July 24 2019 by Hartley at the Sunlight pasture IMG_0206.jpg | No |
| Gov-1-11 | Photo of Reo front of head taken on July 24 2019 by Hartley at the Sunlight pasture IMG_0208.jpg | No |
| Gov-1-12 | Re Status of government property email between Haworth Ostrom Hartley and Walters dated 6262020 | No |
| Gov-1-13 | AD 112 Coulter.doc email between Hartley and Ostrom dated 762020 | No |
| Gov-1-14 | AD 112 Coulter45647.doc email between Hartley Walters and Ostrom beginning 762020 | No |
| Gov-1-15 | Colter papers email between Ostrom and Hartley dated 982020 with attachments | No |
| Gov-1-15a | AD-112 Report of Unserviceable Lost Stolen Damaged or Destroyed Property dated 982020 for Colter attachment to Colter papers email dated 982020 | No |
| Gov-1-15b | AD-107 Report of Transfer or Other Disposition or Construction of Property dated 982020 for Colter attachment to Colter papers email dated 982020 | No |
| Gov-1-16 | Re Colter papers email between Ostrom and Hartley dated 3192021 with attachment | No |
| Gov-1-16a | AD-107 AD-112 AD 112 signed and dated 122120 attachment to Re Colter papers email dated 3192021 | No |
| Gov-1-17 | FSM 6400 Property Management Chapter 6410 - Personal Property Management Effective date 422019 | No |
| Gov-1-18 | Property List email between Hartley and Ostrom dated 8262021 with attachment | No |
| Gov-1-18a | Document 1 listing of government property - attachment to Property List email | No |
| Gov-1-19 | Re Property List email between Ostrom and Hartley dated 8262021 with attachment | No |
| Gov-1-19a | inventory.docx listing of government property with comments from Ostrom attachment to Re Property List email | No |
| Gov-1-1a | Photo of Lariat trailer from 2012 inventory binder | No |
| Gov-1-1b | Photo of Ruby mule from 2012 inventory binder | No |
| Gov-1-1c | Photo of Rosy mule from 2012 inventory binder | No |
| Gov-1-1d | Photo of Roxy mule from 2012 inventory binder | No |
| Gov-1-1e | Photo of Rory mule from 2012 inventory binder | No |
| Gov-1-2 | Current Stock email from Willems to Hartley cc Ostrom dated 2232017 | No |
| Gov-1-20 | Signed AD-107 Report of Transfer or Other Disposition or Construction of Property for three horses and a molly mule dated 8272021 | No |
| Gov-1-21 | Title Copy of Brand Inspection Certificate 303305 for one brown gelding indicating ownership by the Department of Agriculture Law Enforcement and Investigation dated 872012 | No |
| Gov-1-22 | Title Copy of Brand Inspection Certificate 330495 for one blue roan mare indicating ownership by the Department of Agriculture Law Enforcement and Investigation dated 8262014 | No |
| Gov-1-3 | Coulter email from Ostrom to Hartley and Delbon cc Willems dated 6102017 with attachment | No |
| Gov-1-3a | AD-112 Report of Unserviceable Lost Stolen Damaged or Destroyed Property dated 612017 for Horse- Gelding Coulter Attachment to Coulter email dated 6102017 | No |
| Gov-1-5 | Mounted property email from Ostrom to Hartley cc Willems dated 6212018 with attachments | No |
| Gov-1-5a | Spreadsheet entitled Region 2 Mounted Patrol Stock and Equipment Inventory LEO Ron Ostrom Attachment to Mounted property email dated 6212018 | No |
| Gov-1-5b | Photo of Roany Roany.jpg Attachment to Mounted property email dated 6212018 | No |
| Gov-1-5c | Photo of Reo Reo.jpg Attachment to Mounted property email dated 6212018 | No |
| Gov-1-6 | Re 7-2018.pdf email between Ostrom Hartley and Willems beginning 6182018 Coulter and mules Ad-112 | No |
| Gov-1-8 | Photo of Reo left side taken on July 24 2019 by Hartley at the Sunlight pasture IMG_0203.jpg | No |
| Gov-1-9 | Photo of Reo close up of brand taken on July 24 2019 by Hartley at the Sunlight pasture IMG_0205.jpg | No |
| Gov-2-1 | Photo of Reo and Coulter on pack trip dated 9262014 Photo of Rio L and Coulter R 2014 LEO Haworth.jpg | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-2-10 | Photo of Roany in Sunlight pasture dated 762018 stock 1.jpg Roany on the right | No |
| Gov-2-11 | Photo of horses and mules in Sunlight pasture dated 762018 sunlight 2018 5.jpg Roany and Roxy | No |
| Gov-2-12 | Photo of Lulu in Sunlight pasture dated 8302021 IMG_2214.JPG | No |
| Gov-2-13 | Photo of Lulu in Sunlight pasture right side dated 8302021 IMG_2199.JPG | No |
| Gov-2-14 | Photo of Lulu mane dated 8302021 IMG_2197.JPG | No |
| Gov-2-15 | Photo of Dollar right side in Sunlight pasture dated 8302021 IMG_2205.JPG | No |
| Gov-2-16 | Photo of Dollar head shot in Sunlight pasture dated 8302021 IMG_2204.JPG | No |
| Gov-2-2 | Photo of horses and mules in Sunlight pasture dated 8122017 Reo Roany assorted mules DSCN3750.JPG | No |
| Gov-2-3 | Photo of horses and mules in Sunlight pasture dated 8122017 Roany Reo Roxy DSCN3752.JPG | No |
| Gov-2-4 | Photo of Rosy in Sunlight pasture dated 8122017 DSCN3753.JPG | No |
| Gov-2-5 | Photo of Roxy in Sunlight pasture dated 8122017 DSCN3754.JPG | No |
| Gov-2-6 | Photo of Roany in Sunlight pasture dated 8122017 DSCN3756.JPG | No |
| Gov-2-7 | Photo of Reo head right side in Sunlight pasture dated 8192017 2.jpg | No |
| Gov-2-8 | Photo of Reo all four legs in Sunlight pasture dated 8192017 rio2.jpg | No |
| Gov-2-9 | Photo of Roany licking salt block in Sunlight pasture dated 8192017 IMG_1314.JPG | No |
| Gov-3-1 | Photo of Dollar head turned dated 11172021 DSC00011.JPG | No |
| Gov-3-2 | Photo of Dollar head forward dated 11172021 DSC00012.JPG | No |
| Gov-3-3 | Photo of Dollar left hind sock dated 11172021 DSC00013.JPG | No |
| Gov-3-4 | Photo of Lulu left side head forward dated 111721 DSC00005.JPG | No |
| Gov-3-5 | Photo of Lulu left side head turned dated 111721 DSC00006.JPG | No |
| Gov-3-6 | Photo of Lulu right side head turned dated 111721 DSC00008.JPG | No |
| Gov-3-7 | Photo of Lulu right side head forward dated 111721 DSC00009.JPG | No |
| Gov-4-2 | Certification of Records for Cody Vet Clinic | No |
| Gov-4-2a | Equine Infectious Anemia Form Coggins test U1647262 for Roanie dated 4162019 Dr. White | No |
| Gov-4-2b | Equine Infectious Anemia Form Coggins test AA1088916 for Roanie dated 462021 Dr. Buri | No |
| Gov-4-2c | Equine Infectious Anemia Form Coggins test U1647261 for Rio dated 4162019 Dr. White | No |
| Gov-4-2d | Equine Infectious Anemia Form Coggins test AA1088917 for Rio dated 462021 Dr. Buri | No |
| Gov-4-3 | Certification of Records for Powell Vet Clinic | No |
| Gov-4-3a | Equine Infectious Anemia Form Coggins test U1645981 for Reo dated 532018 Dr. Bischoff | No |
| Gov-4-4 | Photo of Lulu head shot on 21723 IMG_9358.JPG | No |
| Gov-4-5 | Stipulation as to Ages and Measurements of Horses | No |
| Gov-5-1 | 972007 Property Inventory Ostrom Roxy Rosy Ruby Lariat Trailer | No |
| Gov-5-11 | Emails regarding tent purchased for Ostrom; Ostrom and Willems | No |
| Gov-5-2 | Property email from Willems to Ostrom dated 462016 with attachment NZ Property asof FY11.xlsx | No |
| Gov-5-2a | NZ Property as of FY11 spreadsheet dated 1182008-672011 Rosy Roxy Ruby Lariat Trailer Attachment to Property email dated 462016 | No |
| Gov-5-3 | 2013 handwritten purchase records sheet kept by Willems Durbin Creek Ranch entry 91 and Cody Vet Clinic entry 812 | No |
| Gov-5-4 | 2014 handwritten purchase records kept by Willems Bell Mare entry 826 | No |
| Gov-5-5 | Re Stock List email between Willems and Ostrom dated 22017 | No |
| Gov-5-6 | Vehicleequipment inventory schedule email to Willems from Nielson dated 10282013 attachment Trailers_SMandATV112712.xls | No |
| Gov-5-6a | Spreadsheet entitled Trailers_SMandATV112712.xls attachment to Vehicle equipment inventory schedule dated 11272012 | No |
| Gov-5-7 | Re Inventory Attached email from Ostrom to Willems dated 1022017 Dont have the 2000 polaris or the 1997 Lariot | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-5-7a | Spreadsheet entitled OSTROM Region 02 LEI Enforcement Inventory 2017.xlsx attachment to Inventory Attached email dated 1022017 | No |
| Gov-5-8 | Spreadsheet entitled Mounted Patrol Items Purchased_100113 thru 062018.xlsx created by Mary Willems showing tent and Chris Tornow equipment | No |
| Gov-5-9 | Brand Inspections Needed email from Willems to Ostrom dated 292018 | No |
| Gov-6-1 | Photo of Lariat trailer discovered during March 31 2022 search warrant 20220331_115204.jpg | No |
| Gov-6-2 | Photo of Lariat trailer discovered during March 31 2022 search warrant 20220331_115235.jpg | No |
| Gov-6-3 | Photo of mule Rosy discovered during March 31 2022 search warrant iPhone14.JPG | No |
| Gov-6-4 | Photo of mule Roxy discovered during March 31 2022 search warrant iPhone31.JPG | No |
| Gov-7-1 | Photo of Reo taken on 1182022 full body DSCN0002.JPG | No |
| Gov-7-2 | Photo of Reo taken on 1182022 full body shaved areas DSCN0015.JPG | No |
| Gov-7-3 | Photo of Reo taken on 1182022 right eye showing DSCN0019.JPG | No |
| Gov-7-4 | Photo of Reo taken on 1182022 head DSCN0020.JPG | No |
| Gov-7-5 | Photo of Reo taken on 1182022 left shoulder brand with prior photo IMG_1226.JPG | No |
| Gov-7-6 | Photo of Reo taken on 1182022 left shoulder brand with circle JK brand on board IMG_1227.JPG | No |
| Gov-7-7 | Photo of Reo left shoulder brand taken on 6272023 image000005.JPG | No |
| Gov-8-1 | Residence Diagram Sketch 258 Lane 10 Powell Wyoming House indicating area where evidentiary items S1-S3 and S5-S28 were found | No |
| Gov-8-10 | S2 1 case of unopened 45-70 ammo approx. 200 rounds PHYSICAL EVIDENCE | No |
| Gov-8-11 | S3 1 open case of Federal brand ammo with 5 cases of 12-gauge slug and buckshot approximately 188 slug rounds 45 buckshot rounds PHYSICAL EVIDENCE | No |
| Gov-8-12 | S5 1 sealed case of .40 caliber Winchester centerfire ammunition Winchester ranger 165 gr. T series 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-13 | S6 1 sealed case of .40 caliber Winchester centerfire ammunition Winchester ranger 165 gr. T series 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-14 | S7 1 sealed case of .40 caliber Winchester centerfire ammunition Winchester ranger 165 gr. T series 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-15 | S8 Unsealed ammo case with 2 boxes each of Winchester .40 caliber and .223 caliber 100 rounds of .40 caliber 40 rounds of .223 caliber PHYSICAL EVIDENCE | No |
| Gov-8-16 | S9 Open case with 3 boxes of Winchester 45-70 2 boxes of Winchester .40 caliber and 7 boxes of 12-gauge buckshot as well as an empty box and 4 loose shotgun shells 40 rounds of .40 caliber 39 rounds | No |
| Gov-8-17 | S10 1 case of .40 caliber handgun ammo Winchester 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-18 | S11 1 sealed case of 45-70 ammo Federal 200 rounds PHYSICAL EVIDENCE | No |
| Gov-8-19 | S12 1 case of .40 caliber handgun ammo Winchester 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-2 | Photo of area where ammunition was discovered IMG_004.JPG | No |
| Gov-8-20 | S13 1 sealed case of 10 mm ammo Pro Load 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-21 | S14 1 unsealed case of 10 mm ammo Pro Load 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-22 | S15 1 unsealed case of 10 mm ammo Pro Load 300 rounds PHYSICAL EVIDENCE | No |
| Gov-8-23 | S16 1 sealed case of 10 mm ammo Pro Load 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-24 | S17 1 unsealed case of 45-70 Winchester and Remington 180 rounds PHYSICAL EVIDENCE | No |
| Gov-8-25 | S18 1 unsealed case of 10mm ammo Federal 900 rounds PHYSICAL EVIDENCE | No |
| Gov-8-26 | S19 1 sealed case of 10mm ammo Federal 1000 rounds PHYSICAL EVIDENCE | No |
| Gov-8-27 | S20 1 unsealed case of Winchester 12-gauge ammo buckshot 250 rounds PHYSICAL EVIDENCE | No |
| Gov-8-28 | S21 1 unsealed case of .40 caliber ammo Speer 700 rounds PHYSICAL EVIDENCE | No |
| Gov-8-29 | S22 1 unsealed case 10mm Ammo Pro Doad 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-3 | Photo of box of ammunition with Dan Nielson LEI as addressee dated 1222015 IMG_007.JPG unopened | No |
| Gov-8-30 | S23 1 unsealed case of 10mm ammo Pro Load 450 rounds PHYSICAL EVIDENCE | No |

| EXHIBIT | DESCRIPTION | RLS |
|---------|-------------|-----|
| Gov-8-31 | S24 1 unsealed case labeled Winchester with 2 boxes of .223 and 2 boxes of 9mm Winchester 100 rounds 9mm 40 rounds .223 PHYSICAL EVIDENCE | No |
| Gov-8-32 | S25 1 sealed case of .45 ammo Winchester 500 rounds PHYSICAL EVIDENCE | No |
| Gov-8-33 | S26 Unsealed Winchester .380 case with 1 box of Speer .380 and 8 boxes of Winchester .380 approximately 50 rounds per box. PHYSICAL EVIDENCE | No |
| Gov-8-34 | S27 1 sealed case of 12-gague slugs Winchester 250 rounds PHYSICAL EVIDENCE | No |
| Gov-8-35 | S28 1 unsealed case with 5 .308 casings 2 boxes of Winchester 9mm ammo 2 boxes of Winchester Ranger 9mm ammo 12 boxes of Winchester and Remington 12-gague buckshot and slugs and 3 boxes of Winchester | No |
| Gov-8-36 | Certification of Records as to contract prices for various ammunition procured on behalf of the government for fiscal years 2020 through 2024 | No |
| Gov-8-37 | Ammunition breakdown of number of round caliber and price per round S1-S3 and S5-S28 | No |
| Gov-8-38 | Total cost of ammunition chart | No |
| Gov-8-39 | Map of outdoor search area with notation as to where items were found | No |
| Gov-8-4 | Photo of brown safe with ammunition IMG_014.JPG | No |
| Gov-8-40 | Photo of Lariat Trailer serial number LAR101522 IMG_9348.JPG | No |
| Gov-8-41 | Photo of Lariat Trailer license plate A7499 IMG_9353.JPG | No |
| Gov-8-43 | Photo of Haulrite trailer with government plate A300451 20220331_114815.jpg | No |
| Gov-8-44 | Photo of Haulrite trailer with government plates side view 20220331_114830.jpg | No |
| Gov-8-45 | Photo of tongue of Haulrite trailer 20220331_114843.jpg | No |
| Gov-8-46 | Photo of Brand Inspection Certificate 113671 for Coulter Rosie and Roxy title copy dated 282018 discovered during SW 20220331_104807.jpg | No |
| Gov-8-47 | Certification of Records from Wyoming Livestock Board | No |
| Gov-8-47a | Brand Inspection Certificate 330495 dated 8262014 indicating a change in ownership of one blue roan mare horse with no brand from Jack Nicholson to the Law Enforcement and InvestigationDepartment of | No |
| Gov-8-47b | Brand Inspection Certificate 303305 dated 872013 indicating a change in ownership of one brown gelding horse with a reverse D quarter circle brand located on the left shoulder from Durbin Creek Ranch | No |
| Gov-8-47c | Form L 08L-E80370 dated 8302012 indicating ownership of one gelding horse with a corey star and a S hanging mill iron brand located on the left hip by the U.S. Dept. of Agriculture F.S. | No |
| Gov-8-47d | Brand Inspection Certificate BR 75-01735 dated 12192020 indicating a change in ownership one dark buckskin gelding horse with no brand from Nikki Nardacci to Ron Ostrom | No |
| Gov-8-47e | Brand Inspection Certificate 161912 dated 12192020 indicating a change in ownership of one dark buckskin gelding horse with a left hind sock and no brand from Nikki Nardacci to Ron Ostrom | No |
| Gov-8-47f | Brand Inspection Certificate 264241 dated 8112012 indicating a change in ownership of one bay gelding left hind pastern with no brand from Nancy Ebbert to Nikki Nardacci | No |
| Gov-8-47g | Brand Inspection Certificate 113671 dated 282018 indicating a change in ownership of one bay gelding horse and two sorrel molly mules and indicating each animal has a S hanging mill iron brand locate | No |
| Gov-8-47h | Form L 83-03L-17427 dated 1172004 showing ownership by the Department of Agriculture of one 8-year-old sorrel molly mule with a S hanging mill iron brand located on the left hip | No |
| Gov-8-47i | Form L 83-03L-17428 dated 1172004 showing ownership by the Department of Agriculture of one 6-year-old sorrel molly mule with a S hanging mill iron brand located on the left hip | No |
| Gov-8-47j | Form L 08L-E80367 dated 8302012 showing ownership by the U.S. Department of Agriculture F.S. of one 3-year-old bay gelding with no brand | No |
| Gov-8-48 | Records certification from JN Energy with receipt for 1000 for USDA FS blue roan Check No. 1500 | No |
| Gov-8-49 | Photo of Roany in pen during search warrant on 3312022 right side IMG_135.JPG | No |
| Gov-8-5 | Photo of ammunition inside brown safe IMG_026.JPG | No |
| Gov-8-50 | Photo of Roany mane and head in pen during search warrant on 3312022 right side IMG_140.JPG | No |
| Gov-8-51 | Photo of Roany head on dated 3312022 IMG_143.JPG | No |
| Gov-8-52 | Photo of Roany head and left side of body dated 3312022 IMG_0165.JPG | No |
| Gov-8-53 | Photo of Roany front legs dated 3312022 iPhone4.JPG | No |
| Gov-8-54 | Photo of Roany back legs dated 3312022 iPhone6.JPG | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-8-55 | Photo of Roany at the vet dated 3312022 iPhone7.JPG | No |
| Gov-8-56 | Photo of Roany right hind leg with scar dated 3312022 iPhone9.JPG | No |
| Gov-8-57 | Roany head photo 72823 IMG_0426.JPG | No |
| Gov-8-58 | Roany right hind leg with scar 72823 IMG_0431.JPG | No |
| Gov-8-59 | Roany right hind leg with scar close up 72823 IMG_0432.JPG | No |
| Gov-8-6 | Photo of box of ammunition with Ron Ostrom FY06 written on outside IMG_027.JPG | No |
| Gov-8-60 | Certificate of Registration from American Quarter Horse Association for JNS Blue Gray Jewel 5467050 front Roany tab on top 20220331_104829.jpg | No |
| Gov-8-61 | Back of Certificate of Registration from American Quarter Horse Associate for JNS Blue Gray Jewel 5467050 20220331_104844.jpg | No |
| Gov-8-62 | Records from AQHA dated 7212023 regarding JNS Bay Roan Heidi 5471334 JNS Blue Gray Jewel 5467050 and JNS Bay Roan Linda 5483626 73 pages | No |
| Gov-8-62a | Photo 1 of JNS Blue Gray Jewel 5467050 p. 34 of Exh. 8-62 | No |
| Gov-8-62b | Photo 2 of JNS Blue Gray Jewel 5467050 p. 35 of Exh. 8-62 | No |
| Gov-8-62c | Photo 3 of JNS Blue Gray Jewel 5467050 p. 36 of Exh. 8-62 | No |
| Gov-8-62d | Photo 4 of JNS Blue Gray Jewel 5467050 p. 37 of Exh. 8-62 | No |
| Gov-8-62e | Photo 5 of JNS Blue Gray Jewel 5467050 p. 38 of Exh. 8-62 | No |
| Gov-8-64 | Records Certification for Durbin Creek Ranch Records | No |
| Gov-8-64a | Receipt indicating the the USFS Attn Ron Ostrom was billed 700.00 for one brown gelding CusterxGooseberry | No |
| Gov-8-64b | Letter from Durbin Creek Ranch to the USFS Ron Ostrom requesting payment of 1000.00 for one horse | No |
| Gov-8-65 | Certification of Records for United States Forest Service official email storage system verifying authenticity of USFS emails | No |
| Gov-8-66 | Invoice for horse email from Bruce and Mary Agar to Ostrom dated 842013 | No |
| Gov-8-67 | Re Storage Orders email from Ostrom to Chad Scussel dated 9182015 with attachments | No |
| Gov-8-67a | Photo DSC03010.JPG showing bay horse with reverse D quarter circle brand on left shoulder dated 916.2015 attached to Re Storage Orders email | No |
| Gov-8-68 | owl crk email from Ostrom to Brengle and Blain dated 9182015 with attachments | No |
| Gov-8-68a | Photo DSC03008.JPG showing Blain Brengle Ostrom and horses dated 91615 | No |
| Gov-8-69 | Breakfast email from Ostrom to Scott Bragonier dated 10162016 with attachments | No |
| Gov-8-69a | Photo IMG_2254.JPG attached to Breakfast email | No |
| Gov-8-7 | Photo of box of ammuntion with Les Pinkerton written on outside IMG_064.JPG | No |
| Gov-8-70 | Video Clip from search warrant 1182022 | No |
| Gov-8-70a | Transcript of video clip | No |
| Gov-8-71 | Photo of Reo left hip 1252022 IMG_6096.jpg | No |
| Gov-8-72 | Photo of Reo left hip 1252022 IMG_6096 with markups.jpg | No |
| Gov-8-73 | Photo of Reo left hip IMG_0399.JPG 72823 | No |
| Gov-8-74 | Photo of Reo left hip close up IMG_0402.JPG 72823 | No |
| Gov-8-75 | Photo of Reo left side IMG_0409.JPG 72823 | No |
| Gov-8-76 | Photo of Reo left shoulder IMG_0407.JPG 72823 | No |
| Gov-8-77 | Photo of Reo head shot IMG_0410.JPG 72823 | No |
| Gov-8-78 | Photo of Reo head shot-close up IMG_0412.JPG 72823 | No |
| Gov-8-79 | Photo of horses from internet 06292022_bay horse grazing search selected.PNG google search | No |
| Gov-8-8 | Photo of box of ammunition with USFS listed as addressee dated 7222013 IMG_099 | No |
| Gov-8-81 | Certification of records from Montana Department of Livestock for brand inspection 723215 gray mare sold to Tori Steinmetz-Lewis by Karen McKibbon on 6282019 | No |
| Gov-8-81a | Brand inspection 723215 gray mare sold to Tori Steinmetz-Lewis by Karen McKibbon on 6282019 | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Gov-8-82 | flynohorses.com About page Ron Ostrom | No |
| Gov-8-83 | flynohorses.com About page facilities | No |
| Gov-8-84 | Screenshot of flynohorses.com Training and Lessons page Gelding on Fly n O website training and lessons page.PNG | No |
| Gov-8-85 | Photo from flynohorses.com showing Ostrom with Dollar 95175355_2423594004407275_6074047306687053824_n.jpg | No |
| Gov-8-86 | Records certification for Reliable Tent and Tipi receipt dated 852016 indicating that the US Forest Service was billed 1264.00 for a 12x12x4 10.10 Flame Mountain Spike Center Pole packing tent. | No |
| Gov-8-87 | Records certification for Chris Tornow Saddlemaker receipt dated 892016 indicating that the Shoshone National Forest Attn Ron Ostrom was billed 1384.90 for 2 pairs of Alforjas bagsDecker 2 sets of De | No |
| Gov-8-9 | S1 1 FedEx box with 4 boxes of 45-70 ammunition approx. 80 rounds PHYSICAL EVIDENCE | No |
| Gov-8-90 | Comparison Photo of Mules | No |
| Gov-8-91 | Roany Comparison Photos with markup | No |
| Gov-8-92 | Reo Comparison Photos with markups | No |
| Gov-8-93 | Lulu Comparison Photos with markups | No |
| Gov-8-94 | Roany and Lulu Comparison | No |
| Gov-8-95 | Dollar Comparison with markups | No |
| Gov-11-4 | Letter regarding circle J K brand not registered from Wyoming Livestock Board | No |
| Gov-11-5 | Brand number A1774400-9 registered to Jerry Joyce Ostrom Kenneth Ronald Ostrom 6 bar J | No |
| Gov-11-6 | Brand number A3466800-1 registered to Ronald Kenneth Jerry Ostrom Flying O | No |
| Gov-11-7 | Brand number N0001717-5 registered to the Law Enforcement Investigations Dept. of Agriculture Hanging Mill Iron | No |
| Gov-11-8 | Brand number N0003909-9 registered to Durbin Creek Ranch | No |
| Gov-12-1 | Photo of Dollar in Ostrom arena QHWR3299.JPG | No |
| Gov-13-1 | Photo of Lulu and Jen McNulty on 6162016 20160616_152237.JPG | No |
| Gov-13-2 | Photo of Lulu mane on 20160626_133552.JPG | No |
| Gov-14-1 | Photo of Lulu looking to the left IMG_3829.JPEG | No |
| Gov-14-2 | Photo of Lulu looking at the camera IMG_3830.JPEG | No |
| Gov-18-1 | Records of shoeing receipts of government horses from 2012 through 2021 45 receipts | No |
| Gov-19-1 | Andrea Frost Signature | No |
| Gov-21-1 | Certificate of Registration for Chickasha Red Gin transfer record showing transfer to Jack Nicholson on 1312004 | No |
| Gov-22-1 | Curriculum Vitae of Rebecca Bellone | No |
| Gov-22-2 | Horse Coat ColorPattern Test Report Roanie dated 8423 | No |
| Gov-22-3 | Horse Coat ColorPattern Test Report Unknown Mare dated 8423 | No |
| Gov-22-4 | NEED DESCRIPTION AND FILE | No |
| Gov-22-5 | NEED DESCRIPTION AND FILE | No |
| Gov-23-1 | Curriculum Vitae of Rob Grahn | No |
| Gov-23-3 | Case Report FCH336 supplemental report dated 2272023 | No |
| Gov-23-5 | Case Report FCH337 dated 472023 | No |
| Def-AA | Email from Hartley to Nadeau re fraud | No |
| Def-BB | Bridger Vet Services Brand Inspections | No |
| Def-CC | Governments Roany Bill of Sale | No |
| Def-DD | Government`s Roany Brand Inspection | No |
| Def-EE | Rons Roany Bill of Sale | No |
| Def-FF | Rons Roany Brand Inspection | No |
| Def-GG | Rons Roany AQHA Registration | No |

| EXHIBIT | DESCRIPTION | RLS |
|---------|-------------|-----|
| Def-O | Emails between Ron and Hartley re Retirement Property List | No |
| Def-RR | February 2017 Inventory Emails | No |
| Def-S | Emails re 1st Snowmobile | No |
| Def-SS | June 2018 Inventory | No |
| Def-T | Emails re 2nd Lost Snowmobile | No |
| Def-TT | Photos of Trailers | No |
| Def-VV | Randi Hicks Emails | No |
| Def-X | Emails between Ron and Hartley re Coulter and Mules | No |
| Def-Y | Emails between Ron Hartley Walters re Coulter and Mules | No |
| Def-Z | Email between Ron and Haworth re Coulter | No |