

**FILED**

4:53 pm, 12/8/23

**Margaret Botkins
Clerk of Court**

# United States District Court
For The District of Wyoming

**Nancy D. Freudenthal, United States District Judge**

Abby Logan, Courtroom Deputy  
Jan Davis, Court Reporter

December 8, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiffs<br>vs.<br>RONALD OSTROM,<br>Defendant. | Government Attorney:<br>Michael Elmore<br><br>Case No. 22-CR-60-F<br><br>Defendant's Attorneys:<br>Ryan Healy |

**COURTROOM MINUTES
JURY TRIAL DAY 5**

8:27 a.m.   Court resumes. Matters discussed with counsel outside the presence of the jury. Defense Exhibit X admitted by the Court.

8:31 a.m.   Counsel gives consent on the record for Judge Rankin to address jury questions or return a verdict in this matter this afternoon when Judge Freudenthal is not available.

8:32 a.m.   Jury brought in.

8:34 a.m.   Ryan Healy moves to have Defense Exhibit X admitted, no objection, admitted by the Court.

8:35 a.m.   Closing argument by Michael Elmore for the Government.

8:54 a.m.   Closing argument by Ryan Healy for the Defendant.

9:18 a.m.   Rebuttal closing argument by Michael Elmore for the Government.

9:38 a.m.   Judge issues final instructions to the jury.

| | |
|---|---|
| 9:50 a.m. | Alternate jurors excused at this time subject to call back. |
| 9:51 a.m. | Bailifff sworn in by the Courtroom Deputy |
| 9:52 a.m. | Jury excused until a verdict is reached. |
| 9:53 a.m. | Final remarks to counsel and parties by the Judge. |
| 9:58 a.m. | Court recessed until a verdict is reached. |
| 11:40 a.m. – 11:45 a.m. | Counsel meets with Judge in chambers to discuss a question submitted by the jury and formulate a response. |

Lunch ordered for deliberating jurors by verbal Order of Judge Nancy D. Freudenthal.

| | |
|---|---|
| 3:37 p.m. | Court resumes.  Jury brought in. |
| 3:39 p.m. | Judge Rakin introduces himself to the jury and states that he has been informed they have reached a verdict and asks who speaks for the jury. Judge asks foreperson to hand the verdict to the Court Security Officer who hands the verdict to the Courtroom Deputy who delivers it to the Judge for inspection. |
| 3:40 p.m. | Judge asks the Courtroom Deputy to read the verdict into the record and such is done. |
| 3:44 p.m. | Judge asks counsel if they wish to have the jury polled and they both say no. |
| 3:45 p.m. | Sentencing in this matter is set for 2/21/24 at 9:00 a.m. before Judge Freudenthal (Cheyenne Courtroom #1). |
| 3:46 p.m. | Michael Elmore makes argument to have the defendant taken into custody pending Sentencing in this matter. |
| 3:47 p.m. | Ryan Healy responds. |
| 3:51 p.m. | Michael Elmore responds. |
| 3:53 p.m. | Judge Rankin orders that this defendant be permitted to remain out of custody pending Sentencing in this matter under supervision with conditions specified on the record. |

| | |
|---|---|
| 3:56 p.m. | Judge orders a Pre-Sentence Report be prepared in this matter and explains that process to the jury. |
| 3:58 p.m. | Final remarks to the jury by the Judge. |
| 3:59 p.m. | Jury excused.  Final remarks to counsel by the Judge. |
| 4:01 p.m. | Court recessed. |