

FILED

**Margaret Botkins**
**Clerk of Court**

11:38 am, 2/20/24

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING
### CRIMINAL MINUTE SHEET
#### SENTENCING

| | | | |
|---|---|---|---|
| Date: | February 20, 2024 | Before the Honorable: | Nancy D. Freudenthal |
| Time: | 9:04 a.m. - 11:26 a.m. | Interpreter: | none |
| Case No: | 22-CR-60-F | Interpreter Phone: | N/A |

☐ Non-Public Document

__UNITED STATES OF AMERICA__ VS __RONALD OSTROM__

| Abby Logan | Jan Davis | Laura Conrad (phone) | Goodman/Kuzmanovich |
|---|---|---|---|
| Clerk | Reporter | Probation Officer | Marshal |

**APPEARANCES**

Government: Michael Elmore

☐ CJA  ☐ FPD  ☑ RET  ☐ WAIVED   Defendant: Ryan Healy

Other: _____

☑ Defendant acknowledges having read the presentence report
☐ Objections to presentence report

☑ Witness(es)   Agent Hannah Nadeau (9:33 a.m. - 10:21 a.m.)
☐ Exhibits received by Court

**SENTENCING INFORMATION**

☐ Defendant is committed to custody
☑ Defendant is placed on **probation** for a period of   2 years

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local
☑ Report to Probation w/in 72 hours of release
☑ Abide by the standard conditions of supervision
☑ Provide complete financial disclosure as directed
☑ Home confinement for a period of   6 months
☑ Electronic monitoring as directed by Probation
☑ Not use or possess firearms/ammunitions/explosives
☑ Not use or possess controlled substances/drugs
☐ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
☑ Not open new lines of credit or incur new debt
☐ Submit to additional drug/alcohol testing and treatment

☐ Submit to mandatory drug testing (w/in 15 days of release)    ☑ Mandatory drug testing is waived
☐ Notify Probation of change in economic circumstance    ☐ DNA collection
☐ Notify employers of conviction    ☑ Cognitive/Behavioral Treatment
☐ Standard Sex Offender Conditions Apply    ☑ Submit to search as conducted by US Probation Officer
☐ Mental Health evaluation and follow through
☑ Other (continued from conditions of Probation/Supervised Release)

The defendant shall apply the full amount of any annual federal and/or state income tax refund toward payment of any monetary obligations. In addition, if the defendant receives substantial resources (over $500) from any source, including but not limited to inheritance, gift, liquidation of assets, settlement, or other judgment, during a period of supervision, the defendant shall be required to apply the value of such resources to any restitution or other monetary obligations still owed. Regardless of any lump sum payments made from any source, minimum monthly payments shall continue to be made during the period of supervision. At the direction of the probation officer, the defendant shall execute a voluntary wage assignment with any employer for the payment of outstanding monetary obligations.

## MONETARY IMPOSITIONS

☑ Defendant shall pay **special assessment(s)** in the amount of    $100.00    as to Count(s)    1,2,3,4,6,7
   For a total of:    $600.00

☑ Special assessment is due and payable immediately
☐ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than _____ prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least 10% of his gross monthly income during the term of supervision
☐ Special assessment remitted upon deportation of the defendant
☐ Other _____

☑ Defendant shall pay a **fine** in the amount of    $2,500.00    as to Count(s)    6
   For a total of:    $2,500.00

☐ Fine is due and payable immediately
☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than _____ prior to the expiration of supervision
☐ Fine shall be paid in monthly installments of at least _____ during the term of supervision
☐ Fine shall be paid jointly and severally with _____
☐ Fine is waived due to inability to pay
☑ Other    The defendant shall pay the total fine amount by lump sum payment no later than 45 days from sentencing. The defendant shall liquidate assets as necessary to fulfill this requirement.

☑ Defendant shall make **restitution** in the amount of   $11,747.00   as to Count(s)   6
For a **total** of:   $11,747.00

☑ Restitution is due and payable immediately
☐ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of the supervision but no later than _____ prior to the expiration of supervision
☐ Restitution shall be paid in monthly installments of at least _____ during the term of supervision
☐ Restitution shall be paid jointly and severally with _____ during the term of supervision
☑ Other   The defendant shall pay the total restitution amount by lump sum payment no later than 45 days from sentencing.  The defendant shall liquidate assets as necessary to fulfill this requirement.
☐ Interest requirement for fine/restitution/special assessment is waived

## INMATE DETENTION STATUS

☐ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to _____ USMS on/before _____ at _____
☐ Defendant shall **surrender** to designated prison on/before _____ at _____ AM
☐ Defendant shall report to institution as directed by Probation
☐ Court **recommends placement** at _____
☐ Court recommends defendant participate in the prison industries program
☐ Court recommends defendant participate in Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☐ Court recommends ICE shall begin deportation proceeding during the service of this sentence
☑ Defendant advised of right to appeal        ☐ Defendant waives right to appeal
☑ Defendant shall forfeit the following property   all property seized and held by the government in connection with this case shall be retained by the government as government property
☐ Count(s) _____ of the   Indictment   **dismissed** on the motion of the United States
☑ Other   The defendant is ordered to accept and receive the horse known as Dollar

## MISCELLANEOUS