**TENTH CIRCUIT TRANSCRIPT ORDER FORM – DIRECTIONS ON REVERSE SIDE (Revised 2/2024)**

## PART I – Case Information and Contact Information

Case Name: United States v. Ostrom
District Court Case Number: 2:22-CR-00060-NDF-1
District Court: ~~Select One~~ District of Wyoming (Cheyenne)
Circuit Court Appeal Number: 24-8022
Name of Attorney/Pro Se Party Completing this Form: Samuel P. Krone
Name of Law Firm/Office: Krone Law, LLC
Address: 901 36th Street, P.O. Box 2481, Cody, Wyoming 82414
Phone: 307-578-6721
Email: sam@samkronelaw.com
Attorney For: Ronald Ostrom

## PART II – Complete one section below to indicate whether you are ordering transcripts.

☐ **I am not ordering a transcript because (check one):**
  ☐ a transcript is not necessary for this appeal;
  ☐ the necessary transcript is already on file in the district court; or
  ☐ the necessary transcript was ordered previously in appeal number _____.

☑ **I hereby order the following transcript(s) from** _____Jan Davis_____ (name of court reporter). One form may be used to order multiple transcripts from the same court reporter, **but separate forms must be filed for each reporter** from whom transcripts are ordered. **Be specific if ordering partial transcripts** (e.g., voir dire).

| Name of Proceeding | Date of Proceeding | Dist. Ct. Doc. No. | Delivery (30-, 14-, 7-, 3-Day or Daily) |
|---|---|---|---|
| Jury Trial Day One | 12/04/2023 | 73 | 30-Day |
| Jury Trial Day Two | 12/05/2023 | 74 | 30-Day |
| Jury Trial Day Three | 12/06/2023 | 75 | 30-Day |
| Jury Trial Day Four | 12/07/2023 | 76 | 30-Day |
| Jury Trial Day Five | 12/08/2023 | 76 | 30-Day |
| Sentencing | 02/20/2024 | 98 | 30-Day |
|  |  |  | Select One |

## PART III – Choose the manner of payment for the transcript(s) ordered.

☑ This case is **NOT proceeding under the Criminal Justice Act.** I will pay the cost of the transcript. My signature on this form is my agreement to pay for the transcript(s) ordered on this form, and **I understand that I must make satisfactory payment arrangements with the court reporter(s) before work to prepare the transcript will begin.**

☐ This case **IS proceeding under the Criminal Justice Act, and (check one):**
  ☐ I am a Federal Public Defender. The Defender's Office will pay the cost of the transcript(s).
  ☐ I am a CJA Panel Attorney, and I will take all steps required in eVoucher to complete payment arrangements.

**NOTE:** Leave to proceed *in forma pauperis* does not entitle appellant to a free transcript. An order of the district court allowing payment for the transcript at government expense must be obtained. *See* 28 U.S.C. §753(f).

## Part IV – Attorney's/Ordering Party's Certificate of Compliance

I, Samuel P. Krone, certify that I have (1) read the instructions on the reverse of this form; (2) filed copies of this completed form in **both** the U.S. District Court and the Tenth Circuit; and, if ordering transcripts, (3) provided a copy of this completed form to the court reporter(s) and **made satisfactory payment arrangements** for all transcripts I am ordering. **I understand I must send a copy of this form directly to the court reporter(s) in addition to filing it.**

Attorney's/Ordering Party's Signature: /s/ Samuel P. Krone
Date: April 8, 2024

## PART V – Court Reporter's Certificate of Compliance (Complete After Payment Arrangements Have Been Made)

| Date Payment Arrangements Made | Estimated Completion Date | Number of Pages | Date(s) of Hearing(s)/Proceeding(s) |
|---|---|---|---|
| 4/11/2024 | 5/13/2024 | 891 | All Above - no voir dire |
|  |  |  | All trial proceedings including: Testimony, openings, |
|  |  |  | closings, jury instructions, jury instr. conf., verdict |

I, _____, certify that (1) I have read the instructions on the reverse side; (2) adequate payment arrangements have been made; (3) I will provide a copy of this completed form to the Tenth Circuit Clerk's Office; and (4) I will provide any required notice to the U.S. District Court Clerk's Office.

Signature of Court Reporter: *Janet Davis*
Date: 4/11/2024