Notice of Discharge
Revised 01/2003

## UNITED STATES PROBATION OFFICE

## DISTRICT OF WYOMING

### NOTICE OF DISCHARGE

**NAME:** Ronald Ostrom

**DOCKET NO.** 22CR000060-01F

**Date of Sentence:** February 20, 2024

**Date Sentence Expired:** February 19, 2026

In as much as you have completed service of your sentence on the date shown above, you are hereby discharged from supervision of this office on the above expiration date.

March 5, 2026
Date

*Angie Miller*
Angie Miller
Supervisory U.S. Probation Officer